IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| OUSTER, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 23-406-CFC |
| | ) | |
| HESAI GROUP and HESAI TECHNOLOGY CO., LTD., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION TO STAY PURSUANT TO 28 U.S.C. § 1659 AND FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Hesai Group and Hesai Technology Co., Ltd. (collectively "Hesai") respectfully move the Court to stay this action pending resolution of a parallel proceeding in the United States International Trade Commission ("ITC"), captioned *Certain Lidar (Light Detection and Ranging) Systems and Components Thereof*, Inv. No. 337-TA-1363 (the "1363 Investigation"), and to extend the deadline to respond to the complaint until 30 days after the Court issues an order lifting the stay.

Section 1659 of Title 28 provides: "In a civil action involving parties that are also parties to a proceeding before the United States International Trade Commission under section 337 of the Tariff Act of 1930, at the request of a party to the civil action that is also a respondent in the proceeding before the Commission, the district

court shall stay, until the determination of the Commission becomes final, proceedings in the civil action with respect to any claim that involves the same issues involved in the proceeding before the Commission." 28 U.S.C. § 1659(a). A stay under this section is mandatory and must be granted if made within thirty days from the later of (1) the party being named a respondent in a proceeding before the ITC, or (2) the filing of the district court action. 28 U.S.C. § 1659(a)(1)–(2); *see also* In re *Remy Cointreau USA, Inc.*, 541 F. App'x 985, 987 (Fed. Cir. 2013) (upholding the district court's stay of all proceedings under 28 U.S.C. § 1659(a) until the ITC proceedings became final).

Plaintiff Ouster, Inc. ("Ouster") filed this action on April 11, 2023, alleging infringement of U.S. Patent Nos. 11,175,405; 11,178,381; 11,190,750; 11,287,515; and 11,422,236. *See* Dkt. 1. On the same day, Ouster filed a complaint under Section 337 of the Tariff Act of 1930, as amended, requesting that the ITC institute an investigation against Hesai for alleged infringement of the same five patents. The ITC instituted the 1363 Investigation on May 11, 2023, after which a Notice of Investigation was published in the Federal Register on May 17, 2023. *See* 88 Fed. Reg. 31519. The Notice of Investigation identifies Hesai Group and Hesai Technology Co., Ltd. as respondents in the 1363 Investigation.

This action and the 1363 Investigation involve the same parties and same asserted patents. Thus, the conditions of 28 U.S.C. § 1659 are satisfied and this

action must be stayed until the ITC issues a final determination in the 1363 Investigation. This motion is submitted within thirty days of Hesai being named as respondent in the ITC 1363 Investigation, and is therefore timely filed. *See* 19 C.F.R. § 210.10(b). Counsel for Hesai communicated with counsel for Ouster regarding this motion on May 24, 2023, and Ouster advised that it does not oppose the motion or requested stay of this action. Counsel for Hesai also agreed to accept service of process on behalf of Defendants. (*See* D.I. 11,12). The parties further agreed and hereby stipulate that the deadline for a response to the complaint will be due 30 days after the stay is lifted.

For these reasons, Hesai respectfully requests that the Court stay this action pending a Final Determination of the ITC in the 1363 Investigation and extend the deadline for Hesai's response to the complaint until 30 days after the Court issues an order lifting the stay.

*/s/ John W. Shaw*
John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants*

OF COUNSEL:
Steven C. Cherny
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
51 Madison Ave., 22nd Floor
New York, NY 10010
(212) 849-7000

Jared W. Newton
QUINN EMANUEL URQUHART
& SULLIVAN, LLP
1300 I Street NW, 9th Floor
Washington, DC 20005
(202) 538-8108

Dated: May 25, 2023

## CERTIFICATE OF COMPLIANCE

I hereby confirm that this brief complies with the type and number limitations set forth in the November 10, 2022 Standing Order Regarding Briefing in All Cases. I certify that this document contains 547 words, which were counted using the word count feature in Microsoft Word, in 14-point Times New Roman font. The word count does not include the cover page or the counsel signature blocks.

*/s/ John W. Shaw*

John W. Shaw (No. 3362)
Andrew E. Russell (No. 5382)
SHAW KELLER LLP
I.M. Pei Building
1105 North Market Street, 12th Floor
Wilmington, DE 19801
(302) 298-0700
jshaw@shawkeller.com
arussell@shawkeller.com
*Attorneys for Defendants*

Dated: May 25, 2023