IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OUSTER, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 23-406-CFC |
| | ) |
| HESAI GROUP and HESAI | ) |
| TECHNOLOGY CO., LTD., | ) |
| | ) |
| Defendants. | ) |

## [PROPOSED] ORDER

At Wilmington this 31st day of May, 2023, having considered Defendant Hesai Group and Hesai Technology Co., Ltd.'s Motion to Stay Pursuant to 28 U.S.C. § 1659 and for an Extension of Time to Respond to the Complaint;

IT IS HEREBY ORDERED that:

(1) The Motion is GRANTED;

(2) This case is STAYED pending the resolution of *Certain Lidar (Light Detection and Ranging) Systems and Components Thereof*, Inv. No. 337-TA-1363 (the "1363 Investigation");

(3) The parties will file a joint status report within 30 days of the resolution of the 1363 Investigation; and

(4)   The deadline to answer, move, or otherwise respond to the complaint is extended until 30 days after the Court issues an order lifting the stay.

_____
United States District Judge